JESUS E. ROMERO *v.* COMMISSIONER OF CORRECTION

The petitioner Jesus E. Romero's petition for certification for appeal from the Appellate Court, 112 Conn. App. 305 (AC 28782), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided March 5, 2009